UNITED STATES
IN THE DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

METROPOLITAN LIFE INS. CO.,

    Plaintiff

Case No.: 2:08-cv-12519-SFC-PJK

Hon. Sean F. Cox

V

CAMERON PILACHOWSKI et al.,

    Defendants

_____

**David M. Davis (P24006)**
Hardy, Lewis,
Attorneys for Plaintiff
401 S. Old Woodward Avenue
Suite 400
Birmingham , MI 48009-6613
248-645-0800
Email: dmd@hardylewis.com

**Francois M. Nabwangu, (P61388)**
Wright Berry Cantrell & Stanley PLLC
Attorneys for Cameron Pilachowksi
21543 Grand River Ave
Detroit, MI 48219
(313) 255-9920
attyapp@live.com

**Howard T. Linden (P25438)**
GAL for Defendants, minors JP,JP,JP
Howard T. Linden PC
3000 Town Ctr Ste 2200
Southfield, MI 48075
Phone: (248) 358-4545
e-Mail: howard@lindenlaw.com

_____

**CONSENT ORDER**

    This matter is before the court on CONSENT of the parties following a settlement agreement amongst the parties, subsequent to the April 28, 2009 status conference.

    The escrowed funds and interest earned thereon, are to be divided pursuant to the settlement as follows:

| | | |
|---|---|---|
| Cameron Pilachowski | $29,123.85 | and 50.02% of interest proceeds |
| Jasmine Pilachowski | $ 9,207.94 | and 16.66% of interest proceeds |
| Jacob Pilachowski | $ 9,207.94 | and 16.66% of interest proceeds |
| Jenna Pilachowski | $ 9,207.94 | and 16.66% of interest proceeds |
| Howard Linden, Esq. | $ 1,500.00. | |
| | ----------------- | ---------- |
| | **$58,247.67** | **100%** |

The court appointed Guardian Ad Litem, shall be paid $1500.00, five hundred dollars from each of the policy proceeds assigned to the minor children. The Clerk is authorized to release said payment, payable to Howard T. Linden, Esq.; 3000 Town Ctr Ste 2200, Southfield, MI 48075

The Defendant Cameron Pilachowski, shall be paid 50% of the policy proceeds plus interest, as provided above, and the Clerk is authorized to release said payment, payable to Cameron Pilachowski *and* his Attorney Francois M. Nabwangu, Esq.; 21543 Grand River Ave, Detroit, MI 48219.

The balance of the funds and interest shall be payable, as provided above, to the "Estate of Jasmine Pilachowski, a minor;" "Estate of Jacob Pilachowski, a minor;" "Estate of Jenna Pilachowski, a minor," and shall be delivered to Howard Linden, Esq., Guardian Ad Litem; 3000 Town Ctr., Ste 2200, Southfield, MI 48075, to be held until the Estates are established and the bonds filed.

The funds shall not be disbursed by the attorney GAL, until the respective Estates are opened, an appropriate surety bond is in place *or* a restricted account agreement has been filed with the court.

Date: May 1, 2009                                     s/ Sean F. Cox
                                                                    DISTRICT COURT JUDGE

# UNITED STATES
# IN THE DISTRICT COURT FOR THE
# EASTERN DISTRICT OF MICHIGAN

METROPOLITAN LIFE INS. CO.,
    Plaintiff

Case No.: 2:08-cv-12519-SFC-PJK
Hon. Sean F. Cox

V

PILACHOWSKI et al.,
    Defendants

_____

**David M. Davis (P24006)**
Hardy, Lewis,
Attorneys for Plaintiff
401 S. Old Woodward Avenue
Suite 400
Birmingham , MI 48009-6613
248-645-0800
Email: dmd@hardylewis.com

**Francois M. Nabwangu, (P61388)**
Wright Berry Cantrell & Stanley PLLC
Attorneys for Cameron Pilachowksi
21543 Grand River Ave
Detroit, MI 48219
(313) 255-9920
attyapp@live.com

**Howard T. Linden (P25438)**
Howard T. Linden PC
3000 Town Ctr Ste 2200
Southfield, MI 48075
Phone: (248) 358-4545
e-Mail: howard@lindenlaw.com

_____

## STIPULATION TO FORM AND CONTENT OF
## CONSENT ORDER

The parties having entered into a settlement agreement hereby STIPULATE to the

entry of the CONSENT ORDER, prepared in conformity therewith.


*Howard T Linden, Esq., w/permission FMN*   *Francois M. Nabwangu, Esq.*
**Howard T. Linden (P25438)**   **Francois M. Nabwangu, (P61388)**
GAL for Defendant minors   Attorneys for Cameron Pilachowksi
3000 Town Ctr Ste 2200   21543 Grand River Ave
Southfield, MI 48075   Detroit, MI 48219
(248) 358-4545   (313) 255-9920